## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:05CR55__ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALICIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed Motion to Continue Trial (#15), and the defendant's Waiver of Speedy Trial.  For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that defendant's motion to continue trial (#15) is granted as follows:

1.  Trial is hereby continued from April 18, 2005 to the week of **May 16, 2005**, before Judge Laurie Smith Camp and a jury.

2.  The ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the filing of the motion, the time between **April 18, 2005 and May 16, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of April 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge