## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **8:05CR55** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ALICIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to continue the plea hearing (Filing No. 19) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **June 7, 2005** at **2:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **May 23, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of May, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge